Chris Scott Graham (State Bar No. 114498)
Harmonhinder Bedi (State Bar No. 172591)
Michael N. Edelman (State Bar No. 180948)
**DECHERT LLP**
1117 California Avenue
Palo Alto, California 94304
Telephone: 650.813.4800
Facsimile: 650.813.4848

Attorneys for Plaintiff and Counter-Defendant,
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>vs.<br><br>NASSDA CORPORATION, a Delaware Corporation,<br><br>　　　　Defendant and Counter-Claimant. | Case No. C 03-2664 SI<br><br>**STIPULATION AND ORDER RE: REQUEST FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff SYNOPSYS, INC. and Defendant NASSDA CORPORATION hereby request that this action be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees, expenses, and costs except as may be set forth in the parties' settlement agreement.

Dated: May 11, 2005

DECHERT LLP

By: _____
Chris Scott Graham
Attorney for Plaintiff and Counter-Defendant
SYNOPSYS, INC.

Dated: May 11, 2005

WEIL, GOTSHAL & MANGES, LLP

By: _____
Christopher Cox
Attorney for Defendant
NASSDA CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
JUDGE OF

IT IS SO ORDERED
Judge Susan Illston